THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GORDON REED TUNISON, Appellant

Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGUSTUS GRIFFIN and WILLIE WALSTON, Appellants.

Beldock, P. J., Brennan, Hopkins, Benjamin and Nolan, JJ., concur.

 STANISLAW WEGORZEWSKI, Respondent, v. MACROSE LUMBER & TRIM Co., INC., et al., Defendants, and NISSHO AMERICAN CORP., Appellant

Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.